DAVID SWING and others *against* the INHABITANTS of the UPPER ALLOWAYS CREEK, in the County of Salem.

A party cannot commence a second action in the same court, for the same cause of action, until the costs of the first action are paid—and the rule is the same as to all courts within the same jurisdiction.

SIMS, on behalf of the defendants, applied for a rule, upon the plaintiffs, to stay proceedings in this cause, in this court, until the costs of a former suit, between the same parties for the same cause of action, tried in the Court of Common Pleas of the county of Salem, were paid.

*Wall*, objected to the application, because, he said, costs of the suit in the Salem Pleas had not been presented to plaintiffs for payment, or any execution issued against them.

*Jeffers* replied, and read an affidavit, stating that the costs had been taxed and demanded; and also, a notice of this application and service thereof.

CH. JUSTICE. Let the rule be granted. It appears that the costs have been taxed and demanded. It is a clear principle, that a party cannot commence a subsequent action in the same court, for the same cause of action, until the costs of the first action are paid; and the rule is the same as to all courts within the same jurisdiction.